UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
                                                                     :    14-CV-1695 (ARR) (MDG)
ANTONIO HERNANDEZ HERRERA, MARTIN GIL                                :
GUZMAN and REY HERNANDEZ,                                            :    NOT FOR ELECTRONIC
         Plaintiffs,                                                 :    OR PRINT PUBLICATION
                                                                     :
    -against-                                                        :    ORDER
                                                                     :
TRI-STATE KITCHEN AND BATH, INC. and                                 :
MIKE LAZA,                                                           :
                                                                     :
         Defendants.                                                 X
                                                                     :
--------------------------------------------------------------------
ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 12, 2015, from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the plaintiff's motion for default judgment is granted in the total amount of $87,052.20, plus post-judgment interest. The component damages allocated to each plaintiff and the attorneys' fees and costs are set forth in the Conclusion of the Report and Recommendation. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated: March 31, 2015
       Brooklyn, New York